IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18MJ3173 |
| vs. | (CHARGING DISTRICT'S CASE NUMBER: 1:18MJ140) |
| PETE CONAN BLUMENTHAL, | |
| Defendant. | **RULE 5 ORDER** |

    A Complaint and Warrant having been filed in the district court for the District of Columbia charging the above-named defendant with 18:2252(a)(2), Distribution of Child Pornography, and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.

    In the District of Nebraska, Defendant:

- Acknowledged receipt of the District of Columbia's charging document.

- Waived an identity hearing and admitted that he was the person named in the District of Columbia's charging document.

- Waived his right to a preliminary examination.

- Was afforded the opportunity for a detention hearing, but he agreed to be detained without a hearing. As such, Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.

    Pursuant to Rule 20, Defendant requested an opportunity to plead guilty in the District of Nebraska rather than litigating the charges in the District of Columbia. The government has now advised this court that it opposes a Rule 20 transfer.

Accordingly,

IT IS ORDERED:

The U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.5 having been completed.

November 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge